1038

No. 11–6245.  POYDRAS v. MARTIN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–6246.  PETTERWAY v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 11–6247.  LEVI v. ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 11–6253.  MCBRIDE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–6255.  MURPHY v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 11–6256.  MCCLENDON v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–6262.  NASH v. PTASHNINK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–6266.  THEER v. HARVEY, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 11–6270.  WITHROW v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 11–6272.  ABRAMS v. RUDEK, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 11–6278.  SIMS v. HANLON, SUPERINTENDENT, INDIANA CORRECTIONAL INDUSTRIAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 11–6288.  SULLIVAN v. WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 11–6293.  PRINCE v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 11–6297.  JONES v. WINTER ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.